## **DECLARATION OF DANIEL A. GALINDO**

I, Daniel A. Galindo, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge.

1. I am an attorney licensed to practice law in New York.  I am a staff attorney at the ACLU's Immigrants' Rights Project, where I litigate cases in state and federal trial and appellate courts.

2. I am one of the attorneys working on legal challenges the ACLU has filed to the U.S. government's practice, since March 2020, of invoking Title 42 to summarily expel people at the southern border. I make this declaration based on my personal experience working with noncitizen unaccompanied children subjected to the government's Title 42 process.

3. We and other attorneys and advocates for unaccompanied migrant children rarely learn about the children whom Defendants are holding in secret locations near the border for expulsion under the new Title 42 Process.  The overwhelming number of children subject to the Title 42 Process are therefore expelled without access to counsel or the asylum hearing to which they are entitled.

4. In the very rare cases that we are able to learn the name of a child whom the government is keeping in its custody, often at hotels, and is about to expel under Title 42, we then gather further information to advocate for the child. The government has regularly responded to our advocacy for a specific child by moving the child into the full immigration proceedings to which children are entitled under the TVPRA and other relevant laws. The children are then transferred to ORR, and then to sponsors within the country.

5. Indeed, since a stay of removal was entered for one of our clients on June 24, in *J.B.B.C. v. Wolf*, every time we have contacted the government about a specific child who had not yet been removed, the government has removed that child from the Title 42 Process.

6. As of July 24, 2020, the U.S. government has transferred at least 18 unaccompanied children out of the Title 42 process and into ORR care as a direct result of our efforts.

I declare under penalty of perjury, under the laws of the United States of America and New York, that the foregoing is true and correct to the best of my knowledge.

Executed and dated: July 24, 2020, in Brooklyn, New York, United States.

Signature:  _____
                       Daniel A. Galindo