IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEXAS CIVIL RIGHTS PROJECT, as Next Friend, on behalf of UNNAMED CHILDREN #1-100,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 20-cv-_____<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT REGARDING OTHER PENDING CASES**

Out of an abundance of caution, Plaintiff's counsel hereby notifies the Court that there are two pending cases that raise similar legal challenges to the new Title 42 Process as are raised in this case:

*J.B.B.C. v. Wolf*, No. 20-cv-01509-CJN

*G.Y.J.P. v. Wolf*, No. 20-cv-01511-TNM

In *G.Y.J.P.*, Judge Trevor McFadden held that these cases were not related to each other under LCvR 40.5 because they are factually distinct. *See G.Y.J.P. v. Wolf*, No. 20-cv-01511-TNM (July 21, 2020), ECF No. 31.

Dated: July 24, 2020

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
Adrienne Harrold*
American Civil Liberties Union Foundation,
Immigrants' Rights Project

Respectfully submitted,

/s/ Celso J. Perez_____

Lee Gelernt*
Daniel A. Galindo*
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project

1

39 Drumm Street  
San Francisco, CA 94111  
Tel: (415) 343-0770  

Andre Segura  
Kathryn Huddleston  
Rochelle Garza  
Brantley Shaw Drake  
American Civil Liberties Union Foundation of Texas, Inc.  
5225 Katy Freeway, Suite 350  
Houston, Texas 77007  
Tel. (713) 942-8146  

Jamie Crook (D.C. Bar No. 1002504)  
Blaine Bookey  
Karen Musalo  
Center for Gender & Refugee Studies  
200 McAllister St.  
San Francisco, CA 94102  
Tel: (415) 565-4877  

*Pro hac vice application forthcoming*

125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: (212) 549-2600  

Robert Silverman  
Oxfam America  
226 Causeway Street, Suite 500  
Boston, MA 02114  
Tel: (617) 482-1211  

Scott Michelman (D.C. Bar No. 1006945)  
Arthur B. Spitzer (D.C. Bar No. 235960)  
American Civil Liberties Union Foundation of the District of Columbia  
915 15th Street NW, Second Floor  
Washington, D.C. 20005  
Tel: (202) 457-0800  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I will cause a copy of this motion, supporting exhibits and proposed order to be served on the following, together with the summons and complaint:

Chad F. Wolf
Acting Secretary of the Department of Homeland Security
245 Murray Lane, SW,
Washington, DC 20528;

Mark A. Morgan
Acting Commissioner of U.S. Customs and Border Protection
1300 Pennsylvania Ave, NW
Washington, DC 20229;

Todd C. Owen
Executive Assistant Commissioner, CBP Office of Field Operations
1300 Pennsylvania Ave. NW
Washington, DC 20229;

Rodney S. Scott
Chief of U.S. Border Patrol
U.S. Border Patrol
1300 Pennsylvania Ave, NW
Washington, DC 20229;

Matthew T. Albence
Deputy Director of U.S. Immigration and Customs Enforcement,
500 12th Street, SW
Washington, DC 20536;

Alex M. Azar II
Secretary of the U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201;

Dr. Robert R. Redfield
Director of the Centers for Disease Control and Prevention
1600 Clifton Road,
Atlanta, GA 30329 USA;

William Barr

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC  20530

Michael R. Sherwin
Acting U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC  2001

                                                              /s/ Celso J. Perez
                                                              Celso J. Perez