IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEXAS CIVIL RIGHTS PROJECT, as Next Friend of UNNAMED CHILDEN #1-100,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | No. 1:20-cv-2035 (BAH) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby give notice of their voluntary dismissal of this case without prejudice. Defendants have filed neither an answer to the complaint nor a motion for summary judgment in this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 6, 2020              Respectfully submitted,

/s/ *Celso J. Perez*
Lee Gelernt*
Daniel A. Galindo*
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang*
Cody Wofsy*
Morgan Russell*
Adrienne Harrold*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza

Robert Silverman
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

1

Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Jamie Crook (D.C. Bar No. 1002504)
Blaine Bookey
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Pro hac vice application forthcoming*

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I will cause a copy of this document to be served on Defendants in this case.

                                                      By: /s/ *Celso J. Perez*
                                                      Celso J. Perez